IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DION GUSSNER,**<br><br>                             Petitioner,<br><br>         v.<br><br>**TERRI GONZALEZ, Warden of the California Men's Colony, California Department of Corrections, State of California,**<br><br>                             Respondent. | Case No. 12-CV-1876-LHK<br><br>[~~PROPOSED~~] ORDER |

GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until October 8, 2012, to file its Answer to the Petition for Writ of Habeas Corpus. If Petitioner wishes to respond to the Answer, he shall do so by filing a Traverse with the Court and serving it on Respondent within 30 days of his receipt of the Answer.

IT IS SO ORDERED.

Dated:  9/6/12

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1