UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DION GUSSNER, | ) | No.   12-CV-1876  LHK |
| Petitioner, | ) ) | **ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE** |
| vs. | ) ) | ~~[Proposed]~~ |
| TERRI GONZALEZ, Warden of the California Men's Colony, California Department of Corrections; ATTORNEY GENERAL OF CALIFORNIA, | ) ) ) ) ) | |
| Respondents. | ) ) | |

Pursuant to the application by Petitioner and good cause appearing therefor:

IT IS HEREBY ORDERED that Petitioner is granted an additional thirty days to November 30, 2012, for him to file his Traverse to Respondent's Answer to the Petition for Writ of Habeas Corpus.

Dated: October 23, 2012

*Lucy H. Koh*
HON. LUCY H. KOH
United States District Judge

ORDER GRANTING EXTENSION OF TIME
FOR PETITIONER TO FILE TRAVERSE
No. 12CV-1876 LHK