1  GEOFFREY ROTWEIN (SBN 58176)
   Attorney at Law
2  400 Montgomery Street, Second Floor
   San Francisco, California  94104
3  Telephone: (4l5) 397-0860
   Facsimile:   (415) 788-0596
4
   Attorney for Petitioner
5  DION GUSSNER

6

7                   UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9                          SAN JOSE DIVISION

10

11 DION GUSSNER,                      )   CV-12-1876 LHK
                                      )
12         Petitioner,                )   [PROPOSED] ORDER GRANTING
                                      )   PETITIONER'S APPLICATION FOR
13    vs.                             )   ONE WEEK EXTENSION OF TIME
                                      )   TO FILE REPLY TO OPPOSITION TO
14 TERRY GONZALEZ, Warden of the      )   MOTION FOR SUMMARY JUDGMENT
   California Men's Colony, California)
15 Department of Corrections, State of)
   California,                        )
16                                    )
           Respondent.                )
17 _____    )

18         GOOD CAUSE APPEARING from the Declaration of Peter Goodman filed in

19 support of the Application of Petitioner Gussner For One Week Extension of Time to

20 File Reply to Opposition to Motion for Summary Judgment, IT IS HEREBY ORDERED

21 that the time for the filing of the Reply Brief be extended from November 2, 2012, to

22 November 9, 2012.

23 DATED:  November 2, 2012

                                          _____
                                          LUCY H. KOH
                                          UNITED STATES DISTRICT COURT JUDGE

-1-