GEOFFREY ROTWEIN (SBN 58176)
Attorney at Law
400 Montgomery Street, Second Floor
San Francisco, California 94104
Telephone: (4l5) 397-0860
Facsimile: (415) 788-0596

Attorney for Petitioner
DION GUSSNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DION GUSSNER,<br><br>　　　　Petitioner,<br><br>vs.<br><br>TERRY GONZALEZ, Warden of the California Men's Colony, California Department of Corrections, State of California,<br><br>　　　　Respondent. | CV-12-1876 LHK<br><br>[PROPOSED] ORDER GRANTING PETITIONER'S APPLICATION FOR ONE WEEK EXTENSION OF TIME TO FILE REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT |

GOOD CAUSE APPEARING from the Declaration of Peter Goodman filed in support of the Application of Petitioner Gussner For One Week Extension of Time to File Reply to Opposition to Motion for Summary Judgment, IT IS HEREBY ORDERED that the time for the filing of the Reply Brief be extended from November 2, 2012, to November 9, 2012.

DATED: November 2, 2012

_____
LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE